Dismissed and
Memorandum Opinion filed July 22, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00066-CV

____________

 

BRIAN HYNES, Appellant

 

V.

 

JENINE CANELL, Appellee

 

 

 



On Appeal from the 300th District Court

Brazoria County, Texas

Trial Court Cause No. 54136

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed February 3, 2010. 
The clerk’s record was filed on March 16, 2010.  The reporter’s record was
filed February 26, 2010.  No brief was filed.

            On May 27, 2010, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before June 28, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Sullivan, and Christopher.